IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CELERINA SANCHEZ, et al.,**                      CV 04-611-JE

       **Plaintiffs,**                           ORDER

**v.**

**PRAKOPIY CAM,**

       **Defendant.**

**JULIE SAMPLES**
Oregon Law Center
230 West Hayes Street
Woodburn, OR 97071
(503) 981-0336

**SARAH LORA**
Legal Aid Services of Oregon
397 North First Street
Woodburn, OR 97071
(503)981-5291

       Attorneys for Plaintiff

**PRAKOPIY CAM**
5760 South Anderson Road
Aurora, OR  97002
(503) 793-3301

  Defendant, *Pro Se*

**BROWN, Judge.**

  Magistrate Judge John Jelderks issued Findings and Recommendation (#36) on July 15, 2005, in which he recommended this Court grant Plaintiffs' Motion for Partial Summary Judgment on Liability as to all Plaintiffs except Plaintiffs Benito Arzola and Rosalia Toledano (#20).  Defendant filed Objections to the Findings and Recommendation eight days after the time set for filing objections.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

  When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

  As noted, Defendant filed his Objections to the Findings and Recommendation late.  Defendant, however, is proceeding *pro se,* and, therefore, the Court, nonetheless, considered Defendant's Objections.

2   -   ORDER

After conducting a *de novo* review of the Magistrate Judge's Findings and Recommendation, the Court does not find any error.

**CONCLUSION**

Accordingly, the Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#36) and **GRANTS in part** and **DENIES in part** Plaintiffs' Motion for Partial Summary Judgment (#20) as follows:

1. **GRANTS** Plaintiffs' Motion on Liability as to all Plaintiffs except Benito Arzola and Rosalia Toledano and

2. **DENIES** Plaintiffs' Motion as to Plaintiffs Benito Arzola and Rosalia Toledano.

IT IS SO ORDERED.

DATED this 26th day of September, 2005.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

Sanchez CV 04-611 F&R.wpd